1   Alden J. Parker (SBN 196808)
    E-Mail:  aparker@fisherphillips.com
2   Christopher S. Alvarez (SBN 294795)
    E-Mail:  calvarez@fisherphillips.com
3   William T. Okamoto (SBN 342147)
    E-Mail:  wokamoto@fisherphillips.com
4   FISHER & PHILLIPS LLP
    621 Capitol Mall, Suite 1400
5   Sacramento, California 95814
    Telephone: (916) 210-0400
6   Facsimile:  (916) 210-0401

7   Attorneys for Defendant
    9W HALO WESTERN OPCO L.P.
8   dba ANGELICA ERRONEOUSLY SUED AS
    9W HALO WESTERN OPCO, L.P.
9   dba ANGELICA TEXTILE SERVICES

10

11                          UNITED STATES DISTRICT COURT

12                          EASTERN DISTRICT OF CALIFORNIA

13

14  WAQAS N. BUTT, individually and on behalf          Case No:   2:22-cv-01446-WBS-AC
    of himself and all others similarly situated,,
15                                                     *[Originally Sacramento County Superior Court
                    Plaintiff,                         34-2022-00320489-CU-OE-GDS]*
16
           v.
17                                                     **JOINT STIPULATION TO CONTINUE
    9W HALO WESTERN OPCO, L.P., a                      STATUS (PRETRIAL SCHEDULING)
18  Delaware limited liability company doing           CONFERENCE & RELATED DEADLINES;
    business as ANGELICA TEXTILE                       ORDER**
19  SERVICES; and DOES 1-50, inclusive,
                                                       Complaint Filed: May 24, 2022
20                  Defendants.                        Removal Filed: August 15, 2022

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Joint Stipulation is entered into by Plaintiff WAQAS N. BUTT ("Plaintiff") and Defendant 9W HALO WESTERN OPCO L.P.  ANGELICA ERRONEOUSLY SUED AS 9W HALO WESTERN OPCO, L.P. DBA ANGELICA TEXTILE SERVICES ("Defendant") (collectively herein the "Parties").

WHEREAS, on August 15, 2022, the Court set a Status (Pretrial Scheduling) Conference for December 5, 2022 at 1:30 p.m. in Courtroom 5.

WHEREAS, on or about November 21, 2022, the Parties filed their Joint Report of Rule 26(f) Conference and Proposed Discovery Plan to the Court.  Therein, the Parties agreed that at the current juncture, setting of cut-off dates relating to discovery, law and motion, trial, and other trial related dates was premature.

WHEREAS, upon review of the Parties' Joint Report of Rule 26(f) Conference and Proposed Discovery Plan, the Court suggested, on or about November 30, 2022, that the Parties meet and confer to discuss a continuance of the currently set Status (Pretrial Scheduling) Conference.

WHEREAS, the Parties met and conferred on or about December 1, 2022 and agreed a continuance of the currently set Status (Pretrial Scheduling) Conference would be mutually beneficial to the Parties and the Court.

WHEREAS, the Parties respectfully request the Court continue the Status (Pretrial Scheduling) Conference and all associated deadlines until February 13, 2023, or a later date at the convenience of the
                                                                                                                                    Court.

///

///

///

///

///

///

///

///

//

FP 45774600.1

1  ///

2  **THEREFORE, IT IS HEREBY STIPULATED AND PROPOSED BY THE PARTIES**

3  **HERETO AS FOLLOWS:**

4  1.      The Parties stipulate to and jointly propose that the currently scheduled Status (Pretrial

5  Scheduling) Conference and all associated dates, are all continued until February 13, 2021, or a later

6  date at the convenience of the Court.

7

8  DATE: December 2, 2022                    JAMES HAWKINS APLC

9                                            */s/ Christina M. Lucio [as authorized on 12.2.22]*
                                        By: _____
10                                           JAMES R. HAWKINS
                                            CHRISTINA M. LUCIO
11
                                            Attorneys for Plainitff
12                                          WAQAS N. BUTT

13

14  DATE:  December 2, 2022                   FISHER & PHILLIPS LLP

15
                                             */s/ William T. Okamoto*
16                                      By: _____
                                            ALDEN J. PARKER
17                                          CHRISTOPHER S. ALVAREZ
                                            WILLIAM T. OKAMOTO
18
                                            Attorneys for Defendant
19                                          9W HALO WESTERN OPCO L.P. DBA
                                            ANGELICA ERRONEOUSLY SUED AS 9W
20                                          HALO WESTERN OPCO, L.P. DBA
                                            ANGELICA TEXTILE SERVICES.
21

22

23

24

25

26

27

28

3

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Status (Pretrial Scheduling) Conference currently set for December 5, 2022, at 1:30 p.m. in Courtroom 5, is CONTINUED to **February 13, 2023, at 1:30 p.m.** in Courtroom 5.   An amended joint status report shall be filed no later than **January 30, 2023** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed August 15, 2022 (Docket No. 3).

Dated:  December 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING)
CONFERENCE & RELATED DEADLINES; ORDER

FP 45774600.1