UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>9W HALO WESTERN OPCO, L.P., a Delaware limited liability company doing business as ANGELICA TEXTILE SERVICES; and DOES 1-50, inclusive,<br><br>      Defendants. | No. 2:22-cv-01446 WBS AC<br><br><br><br>ORDER RELATING CASES |
| WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>9W HALO WESTERN OPCO, L.P., a Delaware limited liability company doing business as ANGELICA TEXTILE SERVICES; and DOES 1-50, inclusive,<br><br>      Defendants. | No. 2:22-cv-02012 KJM AC |

1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases involve the same parties and present similar claims alleging violations of California wage and hour laws during overlapping time periods.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Butt v. 9W Halo Western Opco, L.P., 2:22-cv-01446 WBS AC, and Butt v. 9W Halo Western Opco, L.P., 2:22-cv-02012 KJM AC, be, and the same hereby are, deemed related.  The case denominated Butt v. 9W Halo Western Opco, L.P., 2:22-cv-02012 KJM AC, shall be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as Butt v. 9W Halo Western Opco, L.P., 2:22-cv-02012 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to

///
///

1 | compensate for this reassignment.

2 | Dated: December 5, 2022

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE