UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>9W HALO WESTERN OPCO, L.P., a Delaware limited liability company doing business as ANGELICA TEXTILE SERVICES; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:22-cv-01446 WBS AC<br><br>ORDER RE: DEFENDANT'S MOTION TO CONSOLIDATE |

----oo0oo----

The court having granted plaintiff's motion to remand the related action, Waqas N. Butt v. 9W Halo Western Opco, L.P., No. 2:22-cv-02012 WBS AC, IT IS HEREBY ORDERED that defendant's motion to consolidate this action with that one (Docket No. 12) is DENIED as moot.

Dated: January 13, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1