UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>9W HALO WESTERN OPCO, L.P., a Delaware limited liability company doing business as ANGELICA TEXTILE SERVICES; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. 2:22-cv-01446 WBS AC<br><br>ORDER |

----oo0oo----

The court has received the parties' stipulation and proposed order to vacate the trial date and all deadlines and set a briefing schedule for class certification.  (Docket No. 19.) The court declines to vacate the trial date and all remaining deadlines at this time.  However, the court will consider resetting the trial date, pretrial conference, and remaining deadlines to later dates agreed upon by the parties, and also the

1

parties' agreed briefing schedule and hearing date for any motion for class certification, upon receipt of a revised stipulation setting forth all of these proposed dates.

        IT IS SO ORDERED.

Dated:  May 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE