Alden J. Parker (SBN 196808)
E-Mail: aparker@fisherphillips.com
Christopher S. Alvarez (SBN 294795)
E-Mail: calvarez@fisherphillips.com
William T. Okamoto (SBN 342147)
E-Mail: wokamoto@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
9W HALO WESTERN OPCO L.P.
dba ANGELICA ERRONEOUSLY SUED AS
9W HALO WESTERN OPCO, L.P.
dba ANGELICA TEXTILE SERVICES

James R. Hawkins (SBN 192925)
E-Mail: james@Jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
E-Mail: mitchell@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
E-Mail: christina@jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive; Suite 200.
Irvine, CA. 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff
WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>9W HALO WESTERN OPCO, L.P., a Delaware limited liability company doing business as ANGELICA TEXTILE SERVICES; and DOES 1-50, inclusive,<br><br>Defendants. | Case No:   2:22-cv-01446-WBS-AC<br><br>*[Originally Sacramento County Superior Court 34-2022-00320489-CU-OE-GDS]*<br><br>**REVISED JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; ORDER**<br><br>Complaint Filed: May 24, 2022<br>Removal Filed: August 15, 2022 |

This Joint Stipulation is entered into by Plaintiff WAQAS N. BUTT ("Plaintiff") and Defendant 9W HALO WESTERN OPCO L.P. ANGELICA ERRONEOUSLY SUED AS 9W HALO WESTERN OPCO, L.P. DBA ANGELICA TEXTILE SERVICES ("Defendant") (collectively herein the "Parties").

WHEREAS, Plaintiff filed his Complaint for Damages, individually and on behalf of himself and all others similarly situated, in the Superior Court of California for the County of Sacrament on May 24, 2022. Therein, Plaintiff alleges causes of action for (1) Failure to Pay Minimum Wages; (2) Failure to Pay Overtime Owed; (3) Failure to Provide Lawful Meal Periods; (4) Failure to Authorize and Permit Rest Periods; (5) Failure to Timely Pay Wages During Employment; (6) Failure to Timely Pay Wages Owed Upon Separation From Employment; (7) Failure to Reimburse Necessary Expenses; (8) Knowing and Intentional Failure to Comply with Itemized Wage Statement Provisions; and (9) Violation of the Unfair Competition Law (the "Action").

WHEREAS, Defendant removed the Action to this Court on or about August 15, 2022.

WHEREAS, the Court, on or about February 28, 2023, provided the Parties with a Status (Pretrial Scheduling) Order. Therein, the Court scheduled the currently set trial date of December 3, 2024. In doing so, the Court similarly set a final pretrial conference for October 7, 2024; July 30, 2024 deadline to file motions; and discovery cutoff for nonexpert and expert discovery for June 11, 2024 and April 16, 2024 respectively.

WHEREAS, the Parties have been diligently engaged in resolution discussions since the outset of this matter, including discussions regarding potential settlement on individual and/or representative basis.

WHEREAS, the Parties settlement discussions have been impacted by Defendant's current corporate status. Since the outset of this Action, Defendant has been in the process of dissolution and as such, is financially impacted.

WHEREAS, the Parties intendent on continuing such settlement discussions until such discussions have been exhausted.

WHEREAS, the Parties have diligently met and conferred regarding the overall management of this matter, including, but not limited to, the need for formal discovery, trial dates, and alternative

dispute resolution.

WHEREAS, the Parties agree that to conserve the resources of the Court and Parties, a continuance of the currently set trial on December 3, 2024 is necessary. During this time, the Parties will engage in and exhaust alternative dispute resolution efforts.

WHEREAS, the Parties further agree that the setting of a subsequent trial date will act counterproductively towards the pursuit of justice at this juncture. Specifically, because the instant matter is a representative, class action, the Parties agree that the setting of a briefing schedule for class certification prior to an alternative trial date would both conserve judicial resources as well as promoting justice.

WHEREAS, the Parties agree that instead of an additional trial date, the setting of a briefing schedule for class certification would benefit all Parties and conserve judicial resources.

WHEREAS, the Parties further agree that the currently set trial date should be vacated in exchange for a class certification briefing schedule.

WHEREAS, the Parties respectfully request the Court vacate the currently set Trial and continue all related statutory deadlines and cut-off dates, including discovery cut-off dates, expert designation and expert discovery deadlines, and motion cut off dates.

**THEREFORE, IT IS HEREBY STIPULATED AND PROPOSED BY THE PARTIES HERETO AS FOLLOWS:**

1. The Parties stipulate to and jointly propose that the currently scheduled trial currently set for December 3, 2024, be continued to June 3, 2025;

2. The Parties further stipulate and jointly propose that all associated dates, including discovery cut-off dates, expert designation and expert discovery deadlines, and motion cut off dates are also continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Experts and Reports | April 16, 2024 | Concurrent with Plaintiff's Motion for Class Certification and Defendant's Opposition |

| | | |
|---|---|---|
| Disclosure of Rebuttal Experts | May 14, 2024 | Concurrent with Defendant's Opposition and Plaintiff's Reply |
| Completion of Discovery | June 11, 2024 | February 14, 2025 |
| Deadline to Hear Motions to Compel Discovery | June 11, 2024 | February 14, 2025 |
| Motion Cutoff | July 30, 2024 | January 10, 2025 |
| Final Pretrial Conference | October 7, 2024 | May 5, 2025 |
| Jury Trial | December 3, 2024 | July 8, 2025 |

3. The Parties further stipulate and jointly propose that in lieu of setting a subsequent trial date, the Court set a briefing schedule for class certification, as follows:

    a. Plaintiff's Motion for Class Certification to be filed by September 30, 2024 and noticed for on or about December 6, 2024;

    b. Defendant's Opposition to be filed by October 30, 2024;

    c. Plaintiff's Reply to be filed by December November 20, 2024.

DATE: June 5, 2024                     JAMES HAWKINS APLC

                                      By: */s/ Mitchell J. Murray* _____
                                             MITCHELL J. MURRAY

                                          Attorneys for Plainitff
                                            WAQAS N. BUTT

DATE:  June 5, 2024                   FISHER & PHILLIPS LLP

                                        By: */s/ William Okamoto* _____
                                            ALDEN J. PARKER
                                            CHRISTOPHER S. ALVAREZ
                                            WILLIAM T. OKAMOTO

                                          Attorneys for Defendant
                                            9W HALO WESTERN OPCO L.P. DBA
                                            ANGELICA ERRONEOUSLY SUED AS 9W
                                            HALO WESTERN OPCO, L.P. DBA
                                            ANGELICA TEXTILE SERVICES

REVISED JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; ORDER

# ORDER

The Court having considered the Parties' Joint Stipulation to Continue Trial and good cause appearing therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

| Event | Current Date | New Date |
|---|---|---|
| Disclosure of Experts and Reports | April 16, 2024 | November 30, 2024 |
| Disclosure of Rebuttal Experts | May 14, 2024 | December 30, 2024 |
| Completion of Discovery | June 11, 2024 | February 14, 2025 |
| Deadline to Hear Motions to Compel Discovery | June 11, 2024 | February 14, 2025 |
| Motion Cutoff (filing) | July 30, 2024 | January 10, 2025 |
| Final Pretrial Conference | October 7, 2024 | May 5, 2025 at 1:30 p.m. |
| Jury Trial | December 3, 2024 | July 8, 2025 at 9:00 a.m. |

**IT IS FURTHER ORDERED THAT:**

1. Plaintiff's Motion for Class Certification to be filed by **September 30, 2024** and noticed for **December 9, 2024 at 1:30 p.m.;**

2. Defendant shall file an Opposition to Plaintiff's Motion for Class Certification by **October 30, 2024**; and

3. Plaintiff shall file a Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification by **November 20, 2024**.

IT IS SO ORDERED.

Dated:  June 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE