UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAQAS N. BUTT, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>9W HALO WESTERN OPCO, L.P., a Delaware limited liability company doing business as ANGELICA TEXTILE SERVICES; and DOES 1-50, inclusive,<br><br>Defendants. | Case No:   2:22-cv-01446-WBS-AC<br><br>*[Originally Sacramento County Superior Court 34-2022-00320489-CU-OE-GDS]*<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL OF CLASS CLAIMS**<br><br>Complaint Filed:   May 24, 2022<br>Removal Filed: August 15, 2022 |

**ORDER**

The Court having considered the Parties' Joint Stipulation and Request for Dismissal of Class Claims, and good cause appearing therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff's class claims in the Complaint are dismissed without prejudice;
2. Plaintiff's individual claims in the Complaint are dismissed with prejudice subject to the Parties' confidential settlement agreement;
3. Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 21, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE